KYLE KITSON, SBN 276173
Homeless Action Center
2150 Dwight Way
Berkeley, CA  94704
(510) 540-0878 x 308 tel
(510) 540-0403 fax
kkitson@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEMETRIA DYER,

     Plaintiff,

     vs.

SSA COMMISSIONER,

     Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL NO.    4:26-cv-01236-HSG

ORDER, MOTION FOR EXTENSION OF TIME AND CERTIFICATE OF SERVICE

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff has 14 additional days to submit the Plaintiff's Brief, until May 20, 2026, with all other deadlines extended accordingly. Plaintiff's Brief is currently due May 6, 2026. Plaintiff requires additional time due to significant competing workloads. This is Plaintiff's first extension request.

Respectfully submitted,

Kyle Kitson,
Attorney for Plaintiff

Dated: April 29, 2026          By:   /s/ *Kyle Kitson*
                         KYLE KITSON
                         Attorney for Plaintiff

Dated: April 29, 2026                    By:    /s/ *Erin Highland*_____
                                                ERIN HIGHLAND
                                                (as authorized via email on April 22, 2026)
                                                Attorney for Defendant


                                         ORDER


APPROVED AND SO ORDERED:

Dated:  5/4/2026

                                         HONORABLE HAYWOOD S. GILLIAM, JR.
                                         United States District Judge