CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEMETRIA D.,<br><br>        Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 4:26-cv-01236-HSG<br><br>REVISED STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from June 22, 2026, to July 22, 2026, to respond to Plaintiff's opening brief. Per the procedural order (ECF No. 4), Plaintiff may serve and file a reply brief within 14 days after service of the Commissioner's brief.

This is Defendant's first request for an extension of time and good cause exists for this extension. Defendant' counsel has 10 district court briefs due between June 15, 2026 and July 8,

2026. Defendant's counsel is also a part-time attorney and does not work a 40-hour week. Finally, once counsel reviews Plaintiff's brief and the transcript, she may require more time to consult with the client and possibly Plaintiff regarding settlement options in this case and to file a responsive brief absent settlement.

Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Respectfully submitted,

Dated:  June 16, 2026

*/s/ Kyle Kitson*
KYLE KITSON
(*as authorized via email)
Attorney for Plaintiff

Dated:  June 16, 2026

CRAIG H. MISSAKIAN
United States Attorney

MATHEW W. PILE
Head of Program Litigation 1

By: s/ *Erin Highland*
Erin Highland
Special Assistant United States Attorney
Program Litigation 1 | Law and Policy

Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  6/16/2026

THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge